Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Andrea Rosenkranz, Esq. (State Bar No. 301559)
arosenkranz@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff,
JAMIE ROOKER, on behalf of herself
and others similarly situated.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE ROOKER, on behalf of herself and others similarly situated.<br><br>PLAINTIFF,<br><br>vs.<br><br>GENERAL MILLS OPERATIONS, LLC, a limited liability company; GENERAL MILLS, INC., a corporation; YOPLAIT USA, INC., a corporation; and Does 1 to 100, inclusive,<br><br>DEFENDANTS. | Case No.: 2:17-cv-0467-PA-PLA<br><br>Hon. Percy Anderson, United States District Judge<br><br>**PLAINTIFF JAMIE ROOKER'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[*Filed concurrently with: Plaintiff's Memorandum of Points and Authorities in Support Thereof; Declaration of Joseph Lavi; and [Proposed] Order*]<br><br>Hearing Information:<br>Date: December 11, 2017<br>Time: 1:30 p.m.<br>Ctrm: 9A |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on December 11, 2017 at 1:30 p.m. in Courtroom 9A of the 1st Street Courthouse located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiff JAMIE ROOKER ("Plaintiff") will and hereby does move for an order finally approving the Class Action Settlement in this matter and to enter

---

**PLAINTIFF JAMIE ROOKER'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**1**

the concurrently filed [Proposed] Order for the following:

1. Granting final approval of the terms of the class action settlement as outlined in the Joint Stipulation and Class Action Settlement Agreement (hereinafter the "Agreement"), attached as **Exhibit 1** to the Declaration of Joseph Lavi in Support of Final Approval of Class Action Settlement;

2. Certifying for settlement purposes the Settlement Class described as any current or former non-exempt employees of Defendants GENERAL MILLS OPERATIONS, LLC, GENERAL MILLS, INC. and YOPLAIT USA, INC. ("Defendants") at their Carson facility at any time from November 7, 2012, to August 14, 2017, and who have not previously released the Released Claims ("Class" or "Class Member(s)");

3. Appointing Plaintiff Jamie Rooker as Class Representative for the Class;

4. Appointing Joseph Lavi, Esq. of Lavi & Ebrahimian, LLP as Class Counsel for the Class;

5. Approving the payment of an enhancement award to the Class Representative of $3,900.00 to be paid from the Gross Settlement Amount;

6. Approving payment of Class Counsel's attorneys' fees of $97,500.00 (25% of the Gross Settlement Amount) and litigation costs of $7,203.23;

7. Approving the payment for Claims Administration Costs incurred by ILYM in the amount of $14,658.99, to be paid from the Gross Settlement Amount; and

8. Approving a Labor & Workforce Development Agency ("LWDA") payment for the total sum of $5,000.00, 75% (i.e., $3,750.00) of which will be paid directly to the LWDA and 25% (i.e., $1,250.00) of which will be distributed to the Class Members.

Plaintiff's Motion is based on this Notice; the concurrently filed Memorandum of Points and Authorities; the concurrently filed Declaration of Joseph Lavi, and exhibits thereto ("Lavi Decl."); the Court's August 14, 2017, Order Granting

Preliminary Approval of Class Action Settlement (Dkt. No. 34); all other pleadings and papers on file in this action; and any oral argument or other matter that may be considered by the Court.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3. Lavi Decl., at ¶ 2.

Dated: November 13, 2017            Respectfully submitted,
                                    **LAVI & EBRAHIMIAN, LLP**


                                    By:   */s/ Andrea Rosenkranz*
                                          Joseph Lavi, Esq.
                                          Andrea Rosenkranz, Esq.
                                          Attorneys for PLAINTIFF JAMIE
                                          ROOKER and others similarly situated