1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

JAMIE ROOKER, individually, and on
behalf of all others similarly situated,

CV 17-467 PA (PLAx)

12

Plaintiff,

JUDGMENT

13

14

v.

GENERAL MILLS OPERATIONS,
LLC, et al.

15

16

Defendants.

17

18

19      Pursuant to the amended settlement agreement ("Settlement Agreement") between

20  plaintiff Jamie Rooker ("Plaintiff") and defendants General Mills Operations, LLC and

21  General Mills, Inc. (collectively "General Mills") and the Court's March 26, 2018, Order

22  granting Plaintiff's Motions for Final Approval of Class Action Settlement, Final Approval

23  of Attorneys' Fees and Costs, and Final Approval of Class Representative Payment,

24      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

25      1.      The Court hereby certifies the Settlement Class pursuant to Federal Rule of

26  Civil Procedure 23, solely for the purpose of settlement. The Settlement Class is defined as:

27  any current or former non-exempt employees of Defendants GENERAL MILLS

28  OPERATIONS, LLC, and GENERAL MILLS, INC. ("Defendants") at their Carson facility

at any time from November 7, 2012, to August 14, 2017, and who have not previously released the Released Claims.

2.    No later than thirty (30) days after the issuance of this Order, Defendants shall fund the approved Settlement Amount into a Qualified Settlement Account to be established by the Settlement Administrator.

3.    The Court approves the payment of a class representative enhancement award to the Class Representative in the amount of Three Thousand, Nine Hundred Dollars and Zero Cents ($3,900.00), to be paid from the Gross Settlement Fund as provided in the Settlement Agreement.

4.    The Court approves payment of reasonable attorneys' fees to Class Counsel in the amount of Ninety-Seven Thousand, Five Hundred Dollars and Zero Cents ($97,500.00) and costs in the amount of Seven Thousand, Two Hundred and Three Dollars and Twenty-Three Cents ($7,203.23), to be paid from the Gross Settlement Fund as provided in the Settlement Agreement.

5.    The Court approves the payment for the total sum of Five Thousand Dollars ($5,000.00) to be paid from the Gross Settlement Amount in satisfaction of any claim for penalties that may be owed to under the Private Attorneys General Act ("PAGA"), Cal. Labor Code section 2699, et seq., with 75% as provided in the Settlement Agreement payable directly to the Labor and Workforce Development Agency ("LWDA").

6.    The Court approves the payment for Settlement Administration Costs incurred by ILYM Group, Inc. in the amount of Fourteen Thousand Six Hundred and Fifty-Eight Dollars and Ninety-Nine Cents ($14,658.99) to be paid from the Gross Settlement Fund as provided in the Settlement Agreement.

7.    Any settlement checks remaining un-cashed after one hundred and eighty (180) calendar days after being issued shall be void and the amount shall be escheated to the Division of Labor Standard Enforcement's Unpaid or Unclaimed Wage Fund.

8.    The Class Members who submitted a valid and timely request to be excluded from the Settlement – specifically, (1) Bart Shibata; (2) Antonio Sanchez; and (3) Eugene

1  Buenaventura – shall no longer be members of the Class, shall not be bound by the terms of

2  the Settlement, shall be barred from participating in this Settlement, shall have no right to

3  object to this Settlement, and shall receive no benefit from this Settlement. The Class

4  Members who did not timely exclude themselves from the Settlement have released their

5  claims against Defendants as set forth in the Settlement Agreement.

6       9.     The Court has reviewed the Parties' Joint Stipulation Regarding Final

7  Approval Briefing Schedule and Exhibit "A" and ORDERS that claims for Participating

8  Class Members be paid at the higher amount of: (a) the amounts listed in the Class Notice,

9  (b) the amounts calculated based on the revised Pay Periods Worked in the Amended

10  Settlement; and (c) the amounts calculated based on the revised Pay Periods Worked in the

11  Amended Settlement at \$4.86 per Pay Periods Worked instead of \$4.84 per Pay Periods

12  Worked.

13       10.    If the Settlement does not become final and effective in accordance with the

14  terms of the Settlement Agreement, any and all orders entered in connection with it shall be

15  rendered null and void and shall be vacated.

16

17  DATED:     March 26, 2017

18

19                      Percy Anderson
                    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28